**People of the State of Illinois, Plaintiff-Appellee, v. Edward R. Fortin, Defendant-Appellant.**

Gen. No. 67–22. (Abstract of Decision.)

Fifth District.

January 10, 1968.

D. R. Kinder, of Litchfield, for appellant; Otto E. Funk, State's Attorney of Montgomery County, of Hillsboro, for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.